# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PHILIP WATKINS,

    Plaintiff,

v.                                                     CV No. 20-290 GJF/CG

KELVIN WEBSTER, et al.,

    Defendants.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the previously scheduled status conference set for **Tuesday, August 18, 2020, at 2:00 p.m.** is **RESET** for **Wednesday, August 26, 2020, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE