# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PHILIP WATKINS,

        Plaintiff,

v.                                                                                      CV No. 20-290 GJF/CG

KELVIN WEBSTER, et al.,

        Defendants.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court after receiving notice from counsel that this matter has settled. **IT IS HEREBY ORDERED** that Plaintiff shall submit closing documents no later than **August 31, 2020**, absent a formal request for an extension.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE