### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

PHILIP WATKINS,

       Plaintiff,

v.                                                                               CV No. 20-290 GJF/CG

KELVIN WEBSTER, et al.,

       Defendants.

### ORDER VACATING STATUS CONFERENCE

**THIS MATTER** is before the Court after receiving notice from counsel that this matter has settled. *See* (Doc. 26). **IT IS HEREBY ORDERED** that the telephonic status conference set to occur on August 26, 2020, is **VACATED**.

       **IT IS SO ORDERED**.

                                                            _____
                                                            THE HONORABLE CARMEN E. GARZA
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE